IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH UTILITY
EQUIPMENT COMPANY, INC.,                    No. 2:08-cv-642

    Plaintiff,

vs.

ALTEC INDUSTRIES, INC.,

    Defendant.

## DISMISSAL STIPULATION

Pursuant to Fed.R.Civ. 41(a)(1)(ii), Plaintiff and Defendant agree the Complaint may be dismissed with prejudice, no costs or fees awarded.

/s/ *Andrew M. Mencyk* | /s/ *Henry M. Sneath*
---|---
Andrew M. Menchyk, Jr., Esquire | Henry M. Sneath, Esquire
STEPANIAN & MUSCATELLO, LLP | PA I.D. No. 40559
222 South Main Street | PICADIO SNEATH MILLER & NORTON, P.C.
Butler, PA 16001 | 4710 U.S. Steel Tower
724-285-1717 [T] | 600 Grant Street
724-285-7622 [F] | Pittsburgh, PA 15219
andrew.menchyk@stepanianmuscatallo.com | (412) 288-4000 [T]
*(Counsel for Plaintiff Commonwealth Utility* | (412) 288-2405 [F]
*Equipment Company, Inc.)* | hsneath@psmn.com
 | *(Counsel for Defendant Altec Industries, Inc.)*

SO ORDERED, this 26th day of July, 2010.

_____
Hon. Gary L. Lancaster, Chief U.S. District Judge